UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:
Delcida Murcia Vargas                                Case No: 14-37936-LMI
                                                     Chapter 13
_____Debtor_____/

### DEBTOR'S MOTION TO EXTEND
### THE AUTOMATIC STAY PURSUANT TO §362(c)(3)(B)
### (REQUESTING EMERGENCY HEARING)

Comes Now, the Debtor, Delcida Murcia Vargas, by and through undersigned counsel, and requests this Honorable Court to grant an Order Extending the Automatic Stay and as grounds therefore states the following:

1. The debtor Delcida Murcia Vargas had a prior Chapter 13 bankruptcy that was filed on July 10, 2014.

2. The Chapter 13 Bankruptcy case was dismissed by Order of this court dated July 23, 2014.

3. Pursuant to §362(c)(3)(B), the Debtors must file a Motion to extend the automatic stay as there was a prior pending bankruptcy case within the year prior to the filing of this bankruptcy.

4. There was no Motion to Lift the Automatic Stay filed in the previous case by any of the Debtor's creditors.

5. This motion is made in good faith as to all creditors and only as a precautionary action; to safeguard the rights the debtor have to the stay provided by the Bankruptcy Code.

6. Undersigned requests a hearing date a few days prior to the expiration date of January 28, 2015.

7. Debtor wishes to participate in the LMM program and save her homestead property.

### CERTIFICATION OF LOCAL RULE 9075-I

The rule requires that this Motion be heard prior to the expiration of the thirty (30) day period subsequent to the file date of January 28, 2015.

**WHEREFORE**, the debtor requests that the Court allows the automatic stay to continue; together with any other relief the Court deems appropriate under the facts.

**HEREBY CERTIFY** that I am a member of the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that this 29th day of December 2014 a true and correct copy of the foregoing was uploaded via ECF and via regular mail to all creditors.

Robert Sanchez, Esq.
355 West 49th Street
Hialeah, FL 33012
Tel. (305)-687-8008


By:  */s/ Robert Sanchez*
Robert Sanchez, Esquire
FBN#0442161

2

| | | |
|---|---|---|
| Americas Servicing Co<br>Po Box 10328<br>Des Moines, IA 50306 | Benz Finl<br>125 Ne 168th Street<br>North Miami Beach, FL 33162 | Bk Of Amer<br>1800 Tapo Canyon Rd<br>Simi Valley, CA 93063 |
| Cap One<br>Po Box 85520<br>Richmond, VA 23285 | Carico International<br>2851 W Cypress Creek Rd<br>Fort Lauderdale, FL 33309 | Central Finl Control<br>Po Box 66044<br>Anaheim, CA 92816 |
| Chase<br>Po Box 901076<br>Ft Worth, TX 76101 | Chase<br>Po Box 24696<br>Columbus, OH 43224 | Chase<br>Po Box 15298<br>Wilmington, DE 19850 |
| Citibank N A<br>701 E 60th St N<br>Sioux Falls, SD 57104 | Credit Coll<br>Po Box 9134<br>Needham, MA 02494 | Gulf Coast Collection<br>5630 Marquesas Cir<br>Sarasota, FL 34233 |
| Internal Revenue Service<br>P.O. BOX 7346<br>Philadelphia, PA 19101-7346 | Litonmtgsv<br>24 Greenway Plaza #712<br>Houston, TX 77046-2408 | Medical Data Systems I<br>128 W Center Ave Fl 2<br>Sebring, FL 33870 |
| Miami Dade  Credit &<br>Collections Section<br>140 West Flager Street<br>Suite 1107<br>Miami, FL 33130 | Morris, Hardwick, Schneider<br>9409 Philadelphia Rd<br>Baltimore, MD 21237 | New Century Mortgage C<br>18400 Von Karman Ave Ste<br>Irvine, CA 92612 |
| Ocwen Loan Servicing L<br>12650 Ingenuity Dr<br>Orlando, FL 32826 | Onewest Bank<br>6900 Beatrice Dr<br>Kalamazoo, MI 49009 | Peoples Choice Home Lo<br>7515 Irvine Center Dr<br>Irvine, CA 92618 |
| Suntrust Bank<br>Po Box 85052<br>Richmond, VA 23285 | Texas Guar Student Loa<br>Po Box 83100<br>Round Rock, TX 78683 | Tribute<br>Po Box 105555<br>Atlanta, GA 30348 |