UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

DELCIDA MURCIA VARGAS,

CASE NO: 14-bk-37936-LMI
CHAPTER 13

    Debtor(s)
_____/

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE THAT** the undersigned attorney hereby appears as counsel for Deutsche Bank National Trust Company, as Trustee for Home Equity Mortgage Loan Asset-Backed Trust Series INABS 2006-A, Home Equity Mortgage Loan Asset-Backed Certificates Series INABS 2006-A (the "Secured Creditor") as to property located at **3525 NW 95 Terrace, Miami, FL 33147** and requests that all notices required by Federal Rule of Bankruptcy Procedure 2002 be served upon the undersigned, and that the following be added to the Court's Master Mailing List:

**WANDA D. MURRAY, ESQUIRE
WARD DAMON POSNER PHETERSON & BLEAU, PL
4420 BEACON CIRCLE
WEST PALM BEACH, FLORIDA  33407**

The undersigned counsel's filing of this *Notice of Appearance* should not be construed as unlimited representation of the Creditor with respect to any and all matters, proceedings, or actions that may be taken in the instant case or any associated case or proceeding involving the above named Creditor.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy hereof has been served electronically or via U.S. mail, first-class postage prepaid, to: **Delcida Murcia Vargas,** 3525 NW 95 Terrace, Miami, FL 33147; **Robert Sanchez, Esq**., 355 W. 49 Street, Hialeah, FL 33012; **Nancy K. Neidich**, POB 279806, Miramar, FL 33027; and **Office of the US Trustee,** 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130, this 5 January 2015.

    WARD DAMON POSNER PHETERSON & BLEAU, PL
    Attorney for Secured Creditor
    4420 Beacon Circle
    West Palm Beach FL 33407
    (561) 842-3000
    (561) 842-3626 Fax
    WMurray@WardDamon.com

    /s/ Wanda D. Murray
    _____
    WANDA D. MURRAY, ESQUIRE
    Florida Bar No. 0566381

File No. 6729-1-2216