UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

DELCIDA MURCIA VARGAS,

CASE NO: 14-bk-37936-LMI
CHAPTER 13

Debtor(s)
_____/

### DEUTSCHE BANK NATIONAL TRUST COMPANY'S
### OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

Deutsche Bank National Trust Company, as Trustee for Home Equity Mortgage Loan Asset-Backed Trust Series INABS 2006-A, Home Equity Mortgage Loan Asset-Backed Certificates Series INABS 2006-A (the "Secured Creditor"), by and through undersigned counsel, files this *Objection to Confirmation of Debtor's Chapter 13 Plan*, and in support thereof states as follows:

1. On December 29, 2014, the Debtor commenced this bankruptcy case by filing a petition for relief under Chapter 13 of the United States Bankruptcy Code [D.E. #1].

2. The Secured Creditor holds a security interest in the Debtor's real property located at **3525 NW 95 Terrace, Miami, FL 33147** (the "Property"), by virtue of a Mortgage which is recorded in Official Records Book 23934, at Page 2194, of the Public Records of Miami-Dade County, Florida. The Mortgage secures a Note in the amount of $198,000.00.

3. The Secured Creditor intends to file a Proof of claim in this case, in the approximate principal balance amount of $190,616.09 with arrears in the amount of $158,598.10.

4. The Debtor's *Chapter 13 Plan* [D.E. # 2] (the "Plan") proposes to pursue a loan modification agreement.

5. The Plan fails to provide for the Secured Creditor's prepetition arrearages and fails to accurately state the correct total secured claim amount. Therefore, the Plan is not in compliance with the requirements of 11 U.S.C. §1322(b)(3) and 11 U.S.C. §1325(a)(5) and cannot be confirmed.

6. The regular monthly payment which is due on the subject Mortgage is $1,926.41.

7. The Plan seeks to modify the Secured Creditor's right under the subject loan documents via Mortgage Modification Mediation ("MMM"). The Debtor, however, has yet to file the verified Motion seeking to modify the loan documents. The Debtor cannot modify the subject loan documents solely through plan treatment.

File No. 6729-1-2216

8.      The Secured Creditor disputes that its lien may be modified, and objects to any plan which proposes to do so without a judicial determination and approval of any modification offered upon completion of a modification review, if the LMM motion is appropriately filed.

9.      The Plan fails to include the Chapter 13 Plan MMM Language pursuant to Section XI of the Mortgage Modification Mediation Program Procedures, Adopted under A.O. 13-01, implementing the MMM procedures.  The Secured Creditor objects to the Plan and to any plan which fails to include the appropriate MMM Plan Language.

10.     Accordingly the Secured Creditor objects to the Plan and to any plan which proposes to pay anything less than the anticipated pre-petition arrearage over the life of the plan.

11.     The Secured Creditor hereby reserves the right to supplement this Objection at or prior to the hearing.

**WHEREFORE**, the Secured Creditor respectfully requests the entry of an Order which denies confirmation of the Plan unless such plan is amended to overcome the objections of the Secured Creditor as stated herein.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy hereof has been served electronically or via U.S. mail, first-class postage prepaid, to: **Delcida Murcia Vargas,** 3525 NW 95 Terrace, Miami, FL 33147; **Robert Sanchez, Esq**., 355 W. 49 Street, Hialeah, FL 33012; **Nancy K. Neidich**, POB 279806, Miramar, FL 33027; and **Office of the US Trustee,** 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130, this January 12, 2015.

Ward Damon Posner Pheterson & Bleau, PL
Attorney for Secured Creditor
4420 Beacon Circle
West Palm Beach FL 33407
(561) 842-3000
(561) 842-3626 Fax
WMurray@WardDamon.com

/s/ Wanda D. Murray

_____
WANDA D. MURRAY, ESQUIRE
Florida Bar No. 0566381

File No. 6729-1-2216