RE: _Delcida Murcia Vargas_   ☐ **PRO SE**   Case # _14-37936 LMI_

**TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION** (Pre 341)

The Trustee reviewed this case for confirmation and found the following deficiencies from the Trustee's letter requesting documents and prior deficiencies and thus objects as follows:

- ✗ Tax returns: 2011 [2012] 2013. Corp 2011 [2012 2013]
- ✗ Bank Account Statements ☒ 3 months pre-petition
- ___ Check copy ___
- ___ FMV(NADA/Carmax), Reg and Payoff : Vehicles
- ___ FMV and Payoff : Real Estate
- ___ Non homestead Information Sheet
- ___ Wage deduction order or motion to waive

**BUSINESS DEBTOR DOCUMENTS**
- ✗ BDQ & attachments
- ✗ Profit and loss and Balance Sheet
- ✗ Bank statements and all checks ___ months

- ___ ☐ Photo ID(s)  ☐ LF 90  ☐ LF67  ☐ LF10
- ___ Domestic Support Info: name address and phone
- ___ Affidavits of ___ support ___ rent
- ___ Missing ☐ 2016(B) ☐ Other ___
- ✗ ~~Other provisions~~ ☒ IVL ☐ 100% ☐ ~~lawsuit~~ ☐ ~~lease~~
       ☐ gambling ☐ HAMP ☒ LMM
- ___ Plan does not fund
- ___ Calculation errors/improper months ___
- ___ Valuation motion ☐ not filed ☐ not resolved
- ✗ LMM motion  ☒ not filed
- ___ Reaffirm, redeem or surrender Sch D & G creditor
- ___ Creditor on plan not listed in Schedules or filed POC

- ___ Object or Conform to Proof of Claim
       ___ Miami-Dade County   ___ Tax Certificate(DE#___)
       ___ Dept of Revenue      ___ IRS

- ___ Fee application (see court guideline 6)
- ___ Income understated ___ stubs ___ taxes
- ___ co-debtor ___ stubs ___ taxes
- ___ Spouse's pay advices/spouse's wages not disclosed
- ___ Proof of household size (government ID w/ address) and income of all adults
- ___ Best effort < 36 months < 60 months
- ✗ Expenses objectionable: Sch J ☐ Provide Proof
      _21 (Husban Credit card)_
- ___ D/I  > 100%   < 90%   Feasibility
- ___ Info on transfer  SOFA #3 #10 undisclosed
- ___ Tolling Agreement(s)

- ___ **Objection to Exemption** (specifics to be filed)
- ___ To be heard with confirmation at 1:30 pm
- ___ Ch 7 s/b ___ plus tax refund / valuations
- ___ Good faith to unsecured
- ___ Expenses: documentation/calculation: CMI line

- ___ CMI/DI ___ x 60 = ___
- ☐ Plus income/expenses issues ☐ Trustee est. $___
- ___ Undervalued collateral should be crammed down

Other: _Dismissed @ 341_

Trustee reserves the right to raise additional objects until all requested documents are timely provided.

*IMPORTANT NOTICE REGARDING CONFIRMATION:* **IF THE DEBTOR(S) OBJECTS TO THE TRUSTEE'S RECOMMENDATION ON THE PUBLISHED CALENDAR, THE DEBTOR'S ATTORNEY MUST CONTACT THE TRUSTEE'S OFFICE AND SPEAK TO AN ATTORNEY BEFORE 2PM THE DAY PRIOR TO THE HEARING OR THE RECOMMENDATION WILL BE DEEMED UNCONTESTED BY THE DEBTOR.** **The Trustee's calendar will be published prior to the confirmation hearing - contact the Trustee's office on how to locate the calendar on her web site - access is limited. *The debtor or debtor's attorney must appear at the confirmation hearing*** The debtor may still be dismissed for failure to fund the plan if they are delinquent in payments. Please note: documents that were not timely filed/received by the trustee may not be considered or reviewed until the next hearing date.

**Deficiencies must be cured by 5 pm on _____ to avoid dismissal**
**The Trustee will recommend dismissal of this case unless a) The Trustee receives copies of all requested documents as listed above, b) The Trustee receives a written response with "back-up documentation" of all issues raised, c) The debtor files all amendments, and d) The debtor files and properly serves all motions and self-calendars those motions for the first confirmation hearing.**

I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court. Submitted by NANCY K. NEIDICH CHAPTER 13 TRUSTEE, P.O. BOX 279806, MIRAMAR, FL 33027