UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**In re:**                                                                      Case No. 14-37936-LMI
                                                                                Chapter 13

**Delcida Murcia Vargas**
*a/k/a* **Delcida Murcia-Vargas**
*a/k/a* **Delcida R. Jambrina**
*a/k/a* **Delcida Murciavargas**
*a/k/a* **Delcida Vargas**
*a/k/a* **Delcida Murcia Vargas**
*a/k/a* **Delcida Rocha**
*a/k/a* **Delcida R. Vargas**
*a/k/a* **Delcida M. Vargas**

            **Debtor**
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

   COMES NOW, Clarfield, Okon, Salomone & Pincus, P.L., and hereby files its Notice of Appearance on behalf of Secured Creditor, Deutsche Bank National Trust Company, As Trustee For Home Equity Mortgage Loan Asset-Backed Trust Series INABS 2006-A, Home Equity Mortgage Loan Asset-Backed Certificates Series INABS 2006-A and requests further that the undersigned be added to the service list and noticed electronically on all future filings related to this case.

   I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications in the Court set forth in Local Rule 2090-1(A).

                                            Respectfully Submitted,

                                            CLARFIELD , OKON, SALOMONE & PINCUS,  P.L.

                                        By: /s/ ReShaundra M. Suggs_____
                                            ReShaundra M. Suggs, Esq.
                                            Florida Bar No.: 77094
                                            500 South Australian Avenue, Suite 730
                                            West Palm Beach, FL 33401
                                            Telephone: 561-713-1400
                                            Fax: 561-713-1401
                                            rsuggs@cosplaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 12, 2015, I served the foregoing document by U.S. Mail or CM/ECF, upon the following parties in interest as further indicated below:

**Robert Sanchez, Esq.**
355 W 49 St.
Hialeah, FL 33012
(Via CM/ECF)

*Trustee*
**Nancy K. Neidich,**
P.O.B 279806
Miramar, FL 33027
(Via CM/ECF)

*U.S. Trustee*
**Office of the U.S. Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130
(Via CM/ECF)

**Delcida Murcia Vargas** *aka* **Delcida Murcia-Vargas**
*a/k/a* **Delcida R Jambrina**
*a/k/a* **Delcida Murciavargas**
*a/k/a* **Delcida Vargas**
*a/k/a* **Delcida Murcia Vargas**
*a/k/a* **Delcida Rocha**
*a/k/a* **Delcida R. Vargas**
*a/k/a* **Delcida M. Vargas**
3525 NW 95 Terrace
Miami, FL  33147
(Via U.S Mail)

By: /s/ ReShaundra M. Suggs_____
ReShaundra M. Suggs, Esq.
CLARFIELD, OKON, SALOMONE & PINCUS P.L.