

ORDERED in the Southern District of Florida on May 8, 2015.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                                                              CASE NO. 14-37936-BKC-LMI
DELCIDA MURCIA VARGAS
                    Debtor(s)
_____/

ORDER SETTING DEADLINES TO AVOID DISMISSAL

THIS CASE came on to be heard on May 5, 2015 on Confirmation of the proposed plan and based on the record, it is

ORDERED as follows:

That the debtor shall file with the Clerk of the Court or provide to the Chapter 13 Trustee for receipt on or before <u>Friday, May 8, 2015 by 5pm</u> the following documents: **a) 3 months pre-petition bank statements, b) evidence of husband's credit card balance and interest rate on date of filing (3 months pre-petition statements).** If these documents are not filed/received timely, the Trustee may file a notice of non-compliance and request for dismissal. If the documents are filed/received timely, the Trustee will re-notice the confirmation hearing.

###

NANCY K. NEIDICH, ESQUIRE, STANDING CHAPTER 13 TRUSTEE,
P.O. BOX 279806, MIRAMAR, FL 33027-9806

NANCY K. NEIDICH, ESQUIRE IS DIRECTED TO MAIL A CONFORMED COPY OF THIS ORDER TO ALL CREDITORS AND INTERESTED PARTIES, INCLUDING THOSE LISTED ABOVE, IMMEDIATELY UPON RECEIPT THEREOF.