

**ORDERED in the Southern District of Florida on May 10, 2015.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

```
              UNITED STATES BANKRUPTCY COURT
               SOUTHERN DISTRICT OF FLORIDA
```

IN RE:                                          CASE NO. 14-37936-BKC-LMI
DELCIDA MURCIA VARGAS
          Debtor
_____/

ORDER INCREASING AMOUNT TO UNSECURED CREDITORS

THIS CASE came on to be heard on May 5, 2015, upon the Confirmation Hearing of the Chapter 13 Case, and based on the record, it is

ORDERED as follows:

1. The debtor(s) shall file an amended plan paying an additional $200.00 to the unsecured creditors.

###

PREPARED BY:

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806

NANCY K. NEIDICH, ESQ is directed to serve a copy of this order on debtor(s) attorney and to file a certificate of service with the Clerk of the Court, immediately upon receipt thereof.