UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

DELCIDA MURCIA VARGAS,

CASE NO: 14-bk-37936-LMI
CHAPTER 13

     Debtor(s)
_____/

### DEUTSCHE BANK NATIONAL TRUST COMPANY'S MOTION TO VACATE MORTGAGE MODIFICATION MEDIATION ORDER

Deutsche Bank National Trust Company, as Trustee for Home Equity Mortgage Loan Asset-Backed Trust Series INABS 2006-A, Home Equity Mortgage Loan Asset-Backed Certificates Series INABS 2006-A (the "Secured Creditor"), by and through undersigned counsel, moves this Court for relief from the *Mortgage Modification Mediation Order* previously entered by the Court and in support thereof states as follows:

1. On December 29, 2014, the Debtor commenced this bankruptcy case by filing a petition for relief under Chapter 13 of the United States Bankruptcy Code [D.E. #1].

2. The Secured Creditor holds a security interest in the Debtor's real property located at **3525 NW 95 Terrace, Miami, FL 33147** (the "Property"), by virtue of a Mortgage which is recorded in Official Records Book 23934, at Page 2194, of the Public Records of Miami-Dade County, Florida (the "Mortgage"). The Mortgage secures a Note in the amount of $198,000.00 (the "Note").

3. The Debtor's confirmed *Third Amended Chapter 13 Plan* [D.E. # 14] proposes to retain the Property and seek a HAMP Loan Modification Agreement with the Secured Creditor.

4. The Debtors filed a *Motion for Referral to Mortgage Modification Mediation* with the Secured Creditor on March 1, 2012 (the "Motion") [D.E. # 60].

5. On March 12, 2015, the Debtor filed the requisite *Attorney Represented Debtor's Verified Ex Parte Motion for Referral to Mortgage Modification Mediation* [D.E. # 37].

6. The Court entered the *Order granting Debtor's Verified Ex Parte Motion for Referral to Mortgage Modification Mediation with Ocwen Loan Servicing, LLC* (the "Order") [D.E. # 38] on March 16, 2016. The Order provides that the mediation shall be concluded no later than 150 days from the date

of the Order.

7. On June 9, 2015 the Court entered the Order Confirming Chapter 13 Plan [D.E. # 58] subject to Mediation.

8. The Secured Creditor has not received the requested documents and there has been no contact from Debtor's counsel in regards to scheduling the mediation. The time period for the mediation to be scheduled and concluded has past.

9. The Secured Creditor, therefore, concludes that the Debtor is not serious in her desire to proceed with the mediation and seeks relief from the Mortgage Modification Mediation Order on account of the same.

**WHEREFORE**, the Secured Creditor moves the Court for relief from the Mortgage Modification Mediation Order; a Court determination that it is no longer bound by such Order for the aforementioned reasons; and to grant such other and further relief as might be deemed just, proper, and equitable.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy hereof has been served electronically or via U.S. mail, first-class postage prepaid, to: **Delcida Murcia Vargas,** 3525 NW 95 Terrace, Miami, FL 33147; **Robert Sanchez, Esq**., 355 W. 49 Street, Hialeah, FL 33012; **Nancy K. Neidich**, POB 279806, Miramar, FL 33027; and **Office of the US Trustee,** 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130, this August 31, 2015.

> Ward Damon Posner Pheterson & Bleau, PL
> Attorney for Secured Creditor
> 4420 Beacon Circle
> West Palm Beach FL 33407
> (561) 842-3000
> (561) 842-3626 Fax
> WMurray@WardDamon.com
>
> /s/ Wanda D. Murray
> _____
> WANDA D. MURRAY, ESQUIRE
> Florida Bar No. 0566381