# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:  Delcida Murcia Vargas                                  Case No. 14-37936-LMI
                                                                                          Chapter 13

_____Debtor_____/

## OBJECTION TO CLAIM

### IMPORTANT NOTICE TO CREDITORS:
### THIS IS AN OBJECTION TO YOUR CLAIM

This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf.  Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.

If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service stated in this objection, explaining why your claim should be allowed as presently filed, and you must mail a copy to the undersigned [attorney][trustee] OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.

If your entire claim is objected to and this is a chapter 11 case, you will **not** have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.

Any written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court:

☐    301 North Miami Avenue, Room 150, Miami, FL 33128

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, the debtors object to the following claim(s) filed in this case:

| Claim No. | Name of Claimant | Amount of Claim | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| <u>2</u> | Internal Revenue Service | $2,874.73 (priority) | On or about February 4, 2015 Creditor, Internal Revenue Service, filed an unsecured priority proof of claim in the amount of $2,874.73 for the tax years 2011 and 2012. The Debtor has reviewed and identified that the 2011 and the 2012 tax returns have been filed and no payment was due to Claimant. To the extent a penalty/payment is due to the Claimant, the amount of the refunds for 2011 are greater than the claim. Debtor requests the claim be amended to reflect the proper liability, if any. In the alternative, the |

LF-24 (rev. 02/15/05)

debtor requests the claim be stricken and disallowed.

    **I HEREBY CERTIFY** that a true copy of the foregoing was mailed this

<u>1st</u> day of <u>September 2015</u> via regular U.S. Mail to:
Debtor, Delcida Murcia Vargas
3525 NW 95 Terrace
Miami, FL 33147-2759

Internal Revenue Service
Attn: Olga L. Castro, Bankruptcy Spec.
7850 SW 6th Court, M/S 5730,
Plantation, FL 33324-2032;

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Honorable Eric Holder, Attorney General of the United States,
Department of Justice, Room 4400,
950 Pennsylvania Avenue N.W.,
Washington, D.C. 20530-0001;

Honorable Wilfredo A. Ferrer,
United States Attorney,
99 N.E. 4th Street,
Miami, FL 33132;

Special Assistant United States Attorney,
c/o IRS Counsel (SBSE),
51 S.W. 1st Avenue,
P.O. Box 9,
Miami, FL 33130;

## CERTIFICATE OF ADMISSION

    **I HEREBY CERTIFY** that I am a member of the Bar of the United States District Court for

the Southern District of Florida and I am in compliance with the additional qualifications to practice

in this Court set forth in Local Rule 2090-1(A).

                                    Respectfully Submitted:
                                      **Robert Sanchez, P.A.**
                                      Attorney for Debtor
                                      355 West 49th Street
                                      Hialeah, FL 33012
                                      Tel. 305-687-8008
                                      Fax. 305-512-9701
                                      By: /s/ Robert Sanchez_____
                                          [X]Robert Sanchez, Esq., FBN#0442161

LF-24 (rev. 02/15/05)