

ORDERED in the Southern District of Florida on September 2, 2015.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:  Delcida Murcia Vargas              Case No. 14-37936-LMI
                                           Chapter 13
_____Debtor(s)_____/

## ORDER GRANTING MOTION TO APPROVE MORTGAGE MODIFICATION AGREEMENT WITH OCWEN LOAN SERVICING, LLC

This matter came before the Court:

☒   On the Debtor's Ex Parte Motion to Approve Mortgage Modification Agreement with _Ocwen Loan Servicing, LLC_ ("Lender").

☐   For hearing on _____, upon Self-Represented Debtor's Motion to Approve Mortgage Modification Agreement with Lender.

The Court, having considered the motion and being otherwise fully advised in the premises, it is

**ORDERED** as follows:

1. The Motion to Approve Mortgage Modification Agreement is granted.

2. The parties are authorized to take any and all necessary actions to effectuate the terms of the Agreement.

3. [For chapter 13 cases] The Debtor shall amend/modify the last filed chapter 13 plan on or before  October 1, 2015  to provide for the payment.

4. The Court reserves jurisdiction to enforce the terms of theAgreementand this Order.

### 

Attorney Sanchez shall serve a conformed copy of this Order upon all parties of interest and shall file a Certificate of Service in accordance with Local Rule 2002-1(F).