UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:   Delcida Murcia Vargas                         Case No. 14-37936-LMI
                                                       Chapter 13
           Debtor(s)           /

## MOTION TO MODIFY CHAPTER 13 PLAN

**COMES NOW,** the Debtor, by and through her undersigned counsel and files this Motion to Modify Chapter 13 Plan and as grounds states as follows:

1. On December 29, 2014 the instant case was filed.

2. On June 9, 2015 debtor's Third Amended Chapter 13 plan was confirmed.

3. The Debtor was participating in the Court's Mortgage Modification Mediation Program (MMM) and was granted a Trial Period Plan.

4. Debtor desires to modify her plan in order provide for the new Trial Period Plan payment (TPP) to the secured creditor.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Granting and Approving debtor's First Modified Plan.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 910(A).

Respectfully Submitted:
**ROBERT SANCHEZ, P.A.**
Attorney for Debtors
355 W 49th Street
Hialeah, FL 33012
Tel. 305-687-8008
By:/s/ Robert Sanchez_____
     Robert Sanchez, Esq., FBN#0442161