

ORDERED in the Southern District of Florida on October 8, 2015.

**Laurel M. Isicoff, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

DELCIDA MURCIA VARGAS,

CASE NO: 14-bk-37936-LMI
CHAPTER 13

Debtor(s)

_____/

### AGREED ORDER DENYING DEUTSCHE BANK NATIONAL TRUST COMPANY'S <u>MOTION TO VACATE MORTGAGE MODIFICATION MEDIATION ORDER</u>

**THIS CASE** came before the Court on October 6, 2015 upon the *Motion to Vacate Mortgage Modification Mediation Order* [DE # 61] (the "Motion") filed by Deutsche Bank National Trust Company, as Trustee for Home Equity Mortgage Loan Asset-Backed Trust Series INABS 2006-A, Home Equity Mortgage Loan Asset-Backed Certificates Series INABS 2006-A (the "Secured Creditor"), and the Court having heard argument, it is:

**ORDERED as follows**:

1. The Motion is denied.

2. The Secured Creditor is directed to abide by the terms of the approved Mortgage Modification Agreement.

3. The Secured Creditor is further directed to vacate the sale which occurred on or about July 10, 2014.

###

**Order submitted by:**

Wanda D. Murray, Esquire
Attorney for Secured Creditor
Ward Damon Posner Pheterson & Bleau, PL
4420 Beacon Circle
West Palm Beach FL 33407
(561) 842-3000
(561) 842-3626 Fax
WMurray@WardDamon.com

**Wanda D. Murray, Esq. is directed to serve copies of this order on the parties listed below and file a certificate of service.**

**Delcida Murcia Vargas,** 3525 NW 95 Terrace, Miami, FL 33147

**Robert Sanchez, Esq**., 355 W. 49 Street, Hialeah, FL 33012

**Nancy K. Neidich**, POB 279806, Miramar, FL 33027

**Office of the US Trustee,** 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130.