UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

Case Number <u>1437936</u>

<u>Delcida Murcia Vargas</u>
    Debtor

_____/

PRELIMINARY OBJECTION TO MOTION TO MODIFY

Nancy N Neidich, Standing Chapter 13 Trustee ("Trustee"), files this Objection to the Debtor's Motion to Modify and states as follows:

1) The debtor has failed to provide the Trustee with copies of their 2014 tax returns as required by the plan language.

WHEREFORE, the Trustee request that the modified plan be denied and if the debtor does not cure this issues prior to the hearing on the modified plan.

I hereby certify that a true and correct copy of the was served through NEF on October 15, 2015.

Submitted by
NANCY K NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027
(954) 443-4402