

ORDERED in the Southern District of Florida on October 16, 2015.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re: Delcida Murcia Vargas                                Case No. 14-37936-LMI
                                                            Chapter 13

_____Debtor_____/

### ORDER SUSTAINING OBJECTION TO CLAIM OF INTERNAL REVENUE SERVICE

**THIS MATTER** having come to be heard on negative notice, no parties having responded within the required time frame which expired on October 2, 2015, the Court being fully advised on the premises, IT IS;

**ORDERED AND ADJUDGED:**

1. The objection to claim of Internal Revenue Service (claim #2) is SUSTAINED.

2. The claim of Internal Revenue Service (claim #2) shall be amended to reflect the proper liability, if any, or be stricken and disallowed.

# # #

The Law Office of Robert Sanchez, P.A., is hereby directed to mail a conformed copy of this order to all affected parties and file a certificate of service.