UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:   Delcida Murcia Vargas                    Case No. 14-37936-LMI
                                                  Chapter 13

             Debtor(s)            /

## MOTION TO MODIFY CHAPTER 13 PLAN

**COMES NOW,** the Debtor, by and through her undersigned counsel and files this Motion to Modify Chapter 13 Plan and as grounds states as follows:

1. On December 29, 2014 the instant case was filed.

2. On June 9, 2015 debtor's Third Amended Chapter 13 plan was confirmed.

3. On October 19, 2015, the court issued the Order Sustaining Objection to Claim of Internal Revenue Service ("IRS") [Claim #2; ECF#80].

4. On October 28, 2015, the IRS amended their Proof of Claim per the order to a lesser priority claim amount.

5. Debtor desires to modify her plan in order provide for the priority creditor.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Granting and Approving debtor's Third Modified Plan.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 910(A).

Respectfully Submitted:
**ROBERT SANCHEZ, P.A.**
Attorney for Debtors
355 W 49th Street
Hialeah, FL 33012
Tel. 305-687-8008
By:*/s/ Robert Sanchez*_____
    Robert Sanchez, Esq., FBN#0442161