Fill in this information to identify the case:

Debtor 1    Delcida Murcia Vargas
            aka Delcida Murcia-Vargas
            aka Delcida R Jambrina
            aka Delcida Murciavargas
            aka Delcida Vargas
            aka Delcida Murcia Vargas
            aka Delcida Rocha
            aka Delcida R Vargas
            aka Delcida M Vargas

Debtor 2    _____

(Spouse, if filing)

United States Bankruptcy Court for the SOUTHERN  District of FLORIDA

Case number 14-37936-LMI

## Official Form 410S1

# Notice of Mortgage Payment Change                                    **12/15**

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST SERIES INABS 2006-A, HOME EQUITY MORTGAGE LOAN ASSET-BACKED CERTIFICATES SERIES INABS 2006-A

**Court claim no**. (if known): N/A

**Last 4 digits** of any number you use to identify the debtor's account: 4684

**Date of payment change:** 9/1/2016
Must be at least 21 days after date of this notice

**New total payment:** $1,719.44
Principal, interest, and escrow, if any

| Part 1: | Escrow Account Payment Adjustment |
|---|---|

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No.
   ■ Yes.    Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:
   _____
   _____

   Current escrow payment: $374.58              New escrow payment: $462.52

| Part 2: | Mortgage Payment Adjustment |
|---|---|

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ■ No
   ☐ Yes.    Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:
   _____
   _____

   Current interest rate:                          New interest rate:

   Current principal and interest payment:      New principal and interest payment:

| Part 3: | Other Payment Change |
|---|---|

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ■ No

□ Yes      Attach a copy of any document describing the basis for the change, such as a repayment plan or loan modification agreement.
           *(Court approval may be required before the payment change can take effect.)*

           Reason for change: _____

**Current mortgage payment**                    **New mortgage payment:**

Debtor 1 <u>Delcida Murcia Vargas</u>
<u>aka Delcida Murcia-Vargas</u>
<u>aka Delcida R Jambrina</u>
<u>aka Delcida Murciavargas</u>
<u>aka Delcida Vargas</u>
<u>aka Delcida Murcia Vargas</u>
<u>aka Delcida Rocha</u>
<u>aka Delcida R Vargas</u>
<u>aka Delcida M Vargas</u>

       Print Name       Middle Name       Last Name

Case number *(if known)* <u>14-37936-LMI</u>

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

    ☐ I am the creditor

    ■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ <u>/s/ Seth Greenhill</u>  Date  <u>July 18, 2016</u>
    Signature

| | | | |
|---|---|---|---|
| Print | <u>Seth Greenhill</u> | | Title  <u>Authorized Agent for Creditor</u> |
| | First Name      Middle Name      Last Name | | |
| Company | <u>Robertson Anschutz & Schneid, P.L.</u> | | |
| Address | <u>6409   Congress Avenue, Suite 100</u> | | |
| | Number    Street | | |
| | <u>Boca Raton</u>             <u>FL</u>    <u>33487</u> | | |
| | City            State    ZIP Code | | |
| Contact Phone | <u>561-241-6901</u> | | Email  <u>sgreenhill@rasflaw.com</u> |

This notice of payment change is being filed in the interest of completeness in the court record.  The effective date on this analysis was scheduled to be prior to the filing of this notice. In order to comply in good faith with FRBP 3002.1(b), Ocwen will adjust the effective date to 09/01/2016. To further remedy the situation, Ocwen will pay only the total increased amount of $217.5 for the period of 12/01/2015 till 08/01/2016 and not seek contribution from debtor or the estate. Upon the new effective date debtor or the estate shall be solely responsible for the entire new payment amount until further adjustment

## CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that on July 18, 2016*,* I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

ROBERT SANCHEZ, ESQ
ROBERT SANCHEZ, ESQ
355 W 49 ST.

HIALEAH, FL  33012

DELCIDA MURCIA VARGAS
AKA DELCIDA MURCIA-VARGAS
AKA DELCIDA R JAMBRINA
AKA DELCIDA MURCIAVARGAS
AKA DELCIDA VARGAS
AKA DELCIDA MURCIA VARGAS
AKA DELCIDA ROCHA
AKA DELCIDA R VARGAS
AKA DELCIDA M VARGAS
3525 NW 95TH TER
RACE
MIAMI, FL  33147

NANCY K. NEIDICH

POB 279806
MIRAMAR, FL  33027

OFFICE OF THE US TRUSTEE

51 S.W. 1ST AVE.
SUITE 1204
MIAMI, FL  33130

Robertson, Anschutz & Schneid, P.L.
Authorized Agent for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909

By: /s/Seth Greenhill
Seth Greenhill, Esquire
Email: sgreenhill@rasflaw.com



**Ocwen Loan Servicing, LLC**
WWW.OCWEN.COM
Helping Homeowners is What We Do! ™

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: (800) 746 - 2936

07/05/2016

Loan Number: ▮▮▮▮▮▮

Delcida Rocha
Gil E Rocha
3525 Nw 95th Ter
Miami, FL 33147-2759

Property Address: 3525 Nw 95th Ter
Miami, FL 33147-2759

## ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT
## Bankruptcy Account History

Dear Borrower(s),

The enclosed update follows notice of your involvement in a bankruptcy petition, filed on 12/29/2014, under Chapter 13 of the Bankruptcy Code.

**This notice relates to the  post-petition escrow payments and disbursements only.**

**Important Notices**
Please contact us at once if you are not the subject of a Chapter 13 proceeding or plan.
If you have filed for any other bankruptcy protection or received an Order of Discharge in a Chapter 7 bankruptcy case or received any other discharge under the U.S. Bankruptcy Code that applies to this property, please be advised that this notice is for informational purposes only and not intended as an attempt to collect a debt against you personally.

**Analysis Period.** This statement includes actual and scheduled activity in the escrow account from January 2015 through August 2016.

An "s" indicates "scheduled payment".
The monthly mortgage payment in the amount of $1,631.50 of which $1,256.92 was for principal and interest and $374.58 was allocated to the escrow account.

| Actual Month | Projected Payments To Escrow | Actual Payments To Escrow | Projected Payments From Escrow | Actual Payments From Escrow | Description | Projected Ending Balance | Actual Ending Balance |
|---|---|---|---|---|---|---|---|
| Beginning Balance | | | | | | $2,245.74 | $274.99 |
| *Jan-2015 | $374.58-s | | | $275.00 | Flood Insurance | $2,620.32 | $-0.01 |
| | | | | | (POLICY # ▮▮▮▮▮▮ | | |

NMLS # 1852

BKA_ACCTHISTM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



## Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
Helping Homeowners is What We Do! ™

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: (800) 746 - 2936

| Actual Month | Projected Payments To Escrow | Actual Payments To Escrow | Projected Payments From Escrow | Actual Payments From Escrow | Description | Projected Ending Balance | Actual Ending Balance |
|---|---|---|---|---|---|---|---|
| * | | | $279.00-s | | Flood Insurance | $2,341.32 | $-0.01 |
| Feb-2015 | $374.58-s | | | | | $2,715.90 | $-0.01 |
| Mar-2015 | $374.58-s | | | | | $3,090.48 | $-0.01 |
| Apr-2015 | $374.58-s | | | | | $3,465.06 | $-0.01 |
| May-2015 | $374.58-s | | | | | $3,839.64 | $-0.01 |
| * | | | $3,090.48-s | | Lender placed Hazard Insurance | $749.16 | $-0.01 |
| Jun-2015 | $374.58-s | | | | | $1,123.74 | $374.57 |
| Jul-2015 | $374.58-s | $374.58 | | | | $1,498.32 | $1,123.73 |
| * | | $374.58 | | | | | $1,498.31 |
| * | | $374.58 | | | | | $1,872.89 |
| * | | $374.58 | | | | | $2,247.47 |
| Aug-2015 | $374.58-s | | | | | $1,872.90 | $2,622.05 |
| *Sep-2015 | $374.58-s | | | $3,051.21 | Lender placed Hazard Insurance | $2,247.48 | $-54.58 |
| | | | | | (POLICY # ▮▮▮▮) | | |
| * | | $2,776.09 | | | POC Escrow Shortage Adjustment | | $2,721.51 |
| * | | | | $6,101.90 | POC Escrow Shortage Adjustment | | $-3,380.39 |
| * | | $3,050.95 | | | POC Escrow Shortage Adjustment | | $-329.44 |
| Oct-2015 | $374.58-s | | | | | $2,622.06 | $45.14 |
| *Nov-2015 | $374.58-s | $374.58 | | $2,291.30 | County Tax | $2,996.64 | $-1,497.00 |
| | | | | | (PARCEL # 303104002142 0) | | |

NMLS # 1852

BKA_ACCTHISTM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



## Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
Helping Homeowners is What We Do! ™

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: (800) 746 - 2936

| Actual Month | Projected Payments To Escrow | Actual Payments To Escrow | Projected Payments From Escrow | Actual Payments From Escrow | Description | Projected Ending Balance | Actual Ending Balance |
|---|---|---|---|---|---|---|---|
| * | | | $1,125.57-s | | County Tax | $1,871.07 | $-1,497.00 |
| Dec-2015 | $374.58-s | | | | | $2,245.65 | $-1,122.42 |
| Jan-2016 | $374.58-s | | | | | $2,620.23 | $-747.84 |
| *Feb-2016 | $374.58-s | | | $323.00 | Flood Insurance | $2,994.81 | $-696.26 |
| | | | | | (POLICY # ▇▇▇) | | |
| Mar-2016 | $374.58-s | | | | | $3,369.39 | $-321.68 |
| Apr-2016 | $374.58-s | | | | | $3,743.97 | $52.90 |
| May-2016 | $374.58-s | | | | | $4,118.55 | $427.48 |
| *Jun-2016 | $374.58-s | | | $2,936.00 | Lender placed Hazard Insurance | $4,493.13 | $-2,133.94 |
| | | | | | (POLICY # ▇▇▇) | | |
| * | | $2,245.61 | | | POC Escrow Shortage Adjustment | | $111.67 |
| Jul-2016 | $374.58-s | | | | | $4,867.71 | $486.25 |
| * | | $1,451.83 | | | Escrow Balance Adjustment | | $1,938.08 |
| Aug-2016 | $374.58-s | | | | | $5,242.29 | $2,312.66 |
| TOTALS | $7,491.60 | $11,397.38 | $4,495.05 | $14,978.41 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. An "s" indicates "scheduled payment".

Projected Payments - Last year, we projected that payments made from the escrow account would total $4,495.05. Under Federal law (RESPA), with projected payments of $4,495.05 the lowest monthly balance should not {exceed / fall below} $749.17 or 1/6 of anticipated payments from the account.

Summary of Actual Payments Made from Escrow (as shown above): $2,291.30 for property taxes, $598.00 for Flood Insurance, $5,987.21 for Lender placed Hazard Insurance, $6,101.90 for POC Escrow Shortage Adjustment. Please review the details carefully. If any details appear incorrect, please contact us.

*Note – **POC Escrow Shortage Adjustment** – This transaction reflects credit adjustments made by Ocwen with regard to pre-petition escrow shortage identified at the time of the bankruptcy filing and placed in the Proof of Claim filed by Ocwen and on the Claims

NMLS # 1852

BKA_ACCTHISTM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



**Ocwen Loan Servicing, LLC**
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

1661 Worthington Road, Suite 100
West Palm Beach, FL  33409
Toll Free: (800) 746 - 2936

Register of the case. Ocwen advances the pre-petition escrow shortage funds to the account so they do not become part of any ongoing post-petition escrow payments and to prevent a "double-dip." All pre-petition escrow shortage funds advanced are repaid as part of Ocwen's Proof of Claim arrearage as per the confirmed plan in the case. If the bankruptcy case is dismissed for any reason or if Ocwen obtains an Order from the Court granting it Relief from the Automatic Stay, any outstanding amounts owed for the pre-petition escrow shortage as stated in Ocwen's Proof of Claim that are not repaid prior to the said dismissal or relief order, will be added back to the outstanding escrow balance on the account.

NMLS # 1852                                                                                              BKA_ACCTHISTM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



OCWEN

**Ocwen Loan Servicing, LLC**
WWW.OCWEN.COM
Helping Homeowners is What We Do! ™

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: (800) 746 - 2936

07/05/2016

Loan Number: ▮▮▮▮▮▮

Delcida Rocha
Gil E Rocha
3525 Nw 95th Ter
Miami, FL 33147-2759

Property Address: 3525 Nw 95th Ter
Miami, FL 33147-2759

Analysis Date: 07/04/2016

## ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - BANKRUPTCY
## Projections for the Coming Year

Dear Borrower(s),

The enclosed update follows notice of your involvement in a bankruptcy petition, filed on 12/29/2014, under Chapter 13 of the Bankruptcy Code.

This notice relates to the post-petition escrow payments and disbursements only.

**Important Notices**
Please contact us at once if you are not the subject of a Chapter 13 proceeding or plan.
If you have filed for any other bankruptcy protection or received an Order of Discharge in a Chapter 7 bankruptcy case or received any other discharge under the U.S. Bankruptcy Code that applies to this property, please be advised that this notice is for informational purposes only and not intended as an attempt to collect a debt against you personally.

### PLEASE REVIEW THIS STATEMENT CLOSELY - THE MORTGAGE PAYMENT MAY BE AFFECTED

This is a prediction of activity in the escrow account during the coming escrow year based on:
    a) Anticipated payments to be paid into the escrow account
    and
    b) Anticipated payments to be made from the escrow account

| Description of Next Disbursement | Due Date of Next Disbursement | Estimated Amount(s) of Next Disbursement |
|---|---|---|
| County Tax | Nov 2016 | $2,291.30 |
| Flood Insurance | Jan 2017 | $323.00 |
| Lender placed Hazard Insurance | May 2017 | $2,936.00 |
| Total Annual Disbursements | | $5,550.30 |

NMLS # 1852

BKA_SURPLUSM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



**Ocwen Loan Servicing, LLC**
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: (800) 746 - 2936

| | |
|---|---|
| Target Escrow Payment | $462.52 = (1/12th of $5,550.30) |
| Starting Escrow Balance Needed as of Sep 2016 | $2,312.66 |

| Month | Projected Payments To Escrow | Projected Payments From Escrow | Description | Projected Ending Balance | Required Bal Projections |
|---|---|---|---|---|---|
| Beginning Balance | | | | $2,312.66 | $2,312.66 |
| Sep-2016 | $462.52 | | | $2,775.18 | $2,775.18 |
| Oct-2016 | $462.52 | | | $3,237.70 | $3,237.70 |
| Nov-2016 | $462.52 | $2,291.30 | County Tax | $1,408.92 | $1,408.92 |
| | | | (PARCEL # 3031040021420) | | |
| Dec-2016 | $462.52 | | | $1,871.44 | $1,871.44 |
| Jan-2017 | $462.52 | $323.00 | Flood Insurance | $2,010.96 | $2,010.96 |
| | | | (POLICY # ███████) | | |
| Feb-2017 | $462.52 | | | $2,473.48 | $2,473.48 |
| Mar-2017 | $462.52 | | | $2,936.00 | $2,936.00 |
| Apr-2017 | $462.52 | | | $3,398.52 | $3,398.52 |
| May-2017 | $462.52 | $2,936.00 | Lender placed Hazard Insurance | $925.04 | $925.04(Cushion) |
| | | | (POLICY # ███████) | | |
| Jun-2017 | $462.52 | | | $1,387.56 | $1,387.56 |
| Jul-2017 | $462.52 | | | $1,850.08 | $1,850.08 |
| Aug-2017 | $462.52 | | | $2,312.60 | $2,312.60 |
| TOTALS= | $5,550.24 | $5,550.30 | | | |

**Escrow cushion and potential escrow shortage**

In the event there is a tax and/or insurance increase over the coming escrow year, Federal law (RESPA) allows additional funds to be held to prevent the escrow account from being overdrawn.

This additional amount, which is called a cushion, may be up to 1/6th of the total payments estimated to be made from the escrow account for the coming escrow year.

To avoid a shortage, the escrow balance should not fall below the cushion amount at any time during the coming escrow year.

### Escrow Account Projections

NMLS # 1852                                                                                          BKA_SURPLUSM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



**Ocwen Loan Servicing, LLC**
WWW.OCWEN.COM
Helping Homeowners is What We Do!™

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: (800) 746 - 2936

**Total Anticipated Payments.** The anticipated payments from escrow for the coming year total $5,550.30.

**Required Escrow Cushion/Minimum Balance.** The required cushion amount is $925.04 (1/6 of $5,550.30).

Expected Balance Deficiency - According to the last month of the account history, the expected escrow balance is $2,312.66, the first monthly mortgage payment for the coming escrow year, beginning with the payment due on 09/01/2016, will be $1,719.44 of which $1,256.92 will be for principal and interest and $462.52 will go into the escrow account.

If you have any questions in this regard, please do not hesitate to contact us.

Please contact our Customer Care Center at (888) 554-6599. Representatives are available to answer your questions Monday through Friday 8:00 am to 9:00 pm ET.

Fax in Attention: Escrow department Fax number: (561) 682-7875.

**Mailing Address :**
Ocwen Loan Servicing LLC
Attn : Escrow Department.
P.O. Box 24737
West Palm Beach, FL 33416

Sincerely,
Loan Servicing

NMLS # 1852 BKA_SURPLUSM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*