**Fill in this information to identify the case:**

Debtor 1 Delcida Murcia Vargas
aka Delcida Murcia-Vargas
aka Delcida R Jambrina
aka Delcida Murciavargas
aka Delcida Vargas
aka Delcida Murcia Vargas
aka Delcida Rocha
aka Delcida R Vargas
aka Delcida M Vargas

Debtor 2 ______________________

(Spouse, if filing)

United States Bankruptcy Court for the SOUTHERN District of FLORIDA

Case number 14-37936-LMI

# Official Form 410S1

# Notice of Mortgage Payment Change

12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST SERIES INABS 2006-A, HOME EQUITY MORTGAGE LOAN ASSET-BACKED CERTIFICATES SERIES INABS 2006-A

**Court claim no**. (if known): N/A

**Last 4 digits** of any number you use to identify the debtor's account: 4684

**Date of payment change:** 6/1/2017
Must be at least 21 days after date of this notice

**New total payment:** $1,785.52
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

■ No.
□ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:
______________________________

**Current escrow payment:** _ **New escrow payment:**

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

□ No
■ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:
______________________________

**Current interest rate:** 7.00000% **New interest rate:** 7.12500%

**Current principal and interest payment:** $1,292.82 **New principal and interest payment:** $1,304.66

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

■ No
□ Yes Attach a copy of any document describing the basis for the change, such as a repayment plan or loan modification agreement.
*(Court approval may be required before the payment change can take effect.)*

Reason for change: ______________________________________________________________________

**Current mortgage payment** **New mortgage payment:**

Debtor 1 Delcida Murcia Vargas
aka Delcida Murcia-Vargas
aka Delcida R Jambrina
aka Delcida Murciavargas
aka Delcida Vargas
aka Delcida Murcia Vargas
aka Delcida Rocha
aka Delcida R Vargas
aka Delcida M Vargas
Print Name Middle Name Last Name

Case number *(if known)* 14-37936-LMI

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Seth Greenhill Date May 4, 2017
Signature

Print: Seth Greenhill (First Name / Middle Name / Last Name) Title: Authorized Agent for Creditor

Company: Robertson Anschutz & Schneid, P.L.

Address: 6409 Congress Avenue, Suite 100 (Number / Street)
Boca Raton (City) FL (State) 33487 (ZIP Code)

Contact Phone: 561-241-6901 Email: sgreenhill@rasflaw.com

This notice of payment change is being filed in the interest of completeness in the court record. The effective date on this analysis was scheduled to be prior to the filing of this notice. In order to comply in good faith with FRBP 3002.1(b), Ocwen will adjust the effective date to 06/01/2017. To further remedy the situation, Ocwen will pay only the total increased amount of $288.76 for the period for 12/01/2016 to 05/01/2017 and not seek contribution from debtor or the estate. Upon the new effective date debtor or the estate shall be solely responsible for the entire new payment amount until further adjustment.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on May 4, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

ROBERT SANCHEZ
355 W 49 ST.
HIALEAH, FL 33012

DELCIDA MURCIA VARGAS
AKA DELCIDA MURCIA-VARGAS
AKA DELCIDA R JAMBRINA
AKA DELCIDA MURCIAVARGAS
AKA DELCIDA VARGAS
AKA DELCIDA MURCIA VARGAS
AKA DELCIDA ROCHA
AKA DELCIDA R VARGAS
AKA DELCIDA M VARGAS
3525 NW 95TH TERRACE
MIAMI, FL 33147-2759

NANCY K. NEIDICH
WWW.CH13HERKERT.COM
POB 279806
MIRAMAR, FL 33027

OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE.
SUITE 1204
MIAMI, FL 33130

Robertson, Anschutz & Schneid, P.L.
Authorized Agent for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909

By: /s/Seth Greenhill
Seth Greenhill, Esquire
Email: sgreenhill@rasflaw.com

OCWEN

Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* SM

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: (800) 746 - 2936

04/10/2017

Loan Number: [redacted]
Case Number - 14-37936-LMI

Delcida Rocha
Gil E Rocha
3525 Nw 95th Ter
Miami, FL 33147-2759

Property Address: 3525 Nw 95th Ter
Miami, FL 33147-2759

## Changes to Mortgage Interest Rate and Payment on 06/01/2017

**Under the terms of the Adjustable-Rate Mortgage (ARM), there is a 6 month period during which the interest rate stayed the same. That period ends on 05/01/2017, and the interest rate may change. After that, the interest rate may change every 6 month(s) for the rest of the loan term. Any change in the interest rate may also change the mortgage payment.**

| | **Current** Rate and monthly Payment | **New** Rate and monthly Payment |
|---|---|---|
| Interest Rate | 7.00000% | 7.12500% |
| Principal | $353.37 | $350.54 |
| Interest | $939.45 | $954.12 |
| Escrow (Taxes and Insurance) | $480.86 | $480.86 |
| **Total monthly Payment** | **$1,773.68** | **$1,785.52 (Due 06/01/2017)** |

**Interest Rate**: We calculated the interest rate by taking a published "index rate" and adding the "margin". Under the loan agreement, the index rate is 1.42322% and the margin is 5.75000%. The 6 LIBOR 1ST BUS DAY is published Monthly in WallStreet Journal. The calculated amount is rounded by 0.12500%.

**Rate Limit(s)**: The rate cannot go higher than 12.75000%, or lower than 5.75000% over the life of the loan. The rate can change each time by no more than 1.00000%.

**New Interest Rate and Monthly Payment** : The table above shows the new interest rate and new monthly payment. These amounts are based on the 6 LIBOR 1ST BUS DAY as of now, the margin 5.75000%, to the index, the loan balance of $160,694.71, and the remaining loan term of 222 months.

**Prepayment Penalty**: None

NMLS # 1852 ARMBKM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* SM

1661 Worthington Road, Suite 100
West Palm Beach, FL. 33409
Toll Free: (800) 746 - 2936

Please note the overall monthly payment could change on a separate date as a result of any increases or decreases in real estate taxes and/or insurance. We apologize for any inconvenience this might have caused. If you have any questions relating to this notice, please contact our Customer Care Center at 800.746.2936 Monday to Friday 8:00 am to 9:00 pm, Saturday 8:00 am to 5:00 pm and Sunday 9:00 am to 9:00 pm ET.

Sincerely,
Loan Servicing



*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*